**Order entered August 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00767-CR

### EX PARTE PATRICK LENARD

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-62409-V**

## ORDER

On July 16, 2014, this Court ordered the Dallas County District Clerk to file, by July 03, 2014, a supplemental clerks' record containing the trial court's written order holding appellant's pretrial bond insufficient and the trial court's certification of appellant's right to appeal. To date, we have not received the supplemental clerk's record. The appeal cannot proceed until the Court has received the written order and the certification of appellant's right to appeal.

Accordingly, the Court **ORDERS** the trial court to prepare and file, by **AUGUST 26, 2014**, a certification of appellant's right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **ORDER** Gary Fitzsimmons, Dallas County District Clerk, to file, by **AUGUST 27, 2014**, a supplemental record containing the trial court's certification of appellant's right to appeal and the trial court's written order holding appellant's bond sufficient.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Gary Fitzsimmons, Dallas County District Clerk; and to counsel for all parties.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE